IN THE CIRCUIT COURT OF THE
SEVENTH JUDICIAL CIRCUIT IN AND
FOR PUTNAM COUNTY, FL

CASE NO.

DEBORAH N. MOSS, INDIVIDUALLY AND
AS PERSONAL REPRESENTATIVE FOR
THE ESTATE OF JAMES B. MOSS, SR.,

    Plaintiff,

v.

METROPOLITAN CASUALTY INSURANCE
COMPANY,

    Defendant.
_____/

## COMPLAINT

Plaintiff, **DEBORAH N. MOSS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF JAMES B. MOSS, SR.**, sues the Defendant, **METROPOLITAN CASUALTY INSURANCE COMPANY**, and alleges as follows:

1. This is an action for damages in excess of Thirty Thousand Dollars ($30,000.00), exclusive of prejudgment interest, attorney's fees, and costs.

2. At all material times, Defendant was a corporation, duly authorized and licensed to transact insurance business in the State of Florida. Defendant regularly conducted business, had offices, and/or maintained agents for the transaction of its customary business in Putnam County, Florida.

3. Plaintiff's property is located in Putnam County, Florida, and is otherwise *sui juris*.

4. Plaintiff's dwelling, located at 601 Moseley Avenue, Palatka, FL 32177 (hereafter "the Property"), sustained covered losses due to water.

5. Plaintiff notified Defendant of the damages.

6. Defendant assigned claim number JDH86368B7 to the loss.

7. Defendant assigned a date of loss of September 2, 2018.

8. Defendant insured Plaintiff's dwelling, pursuant to policy number 7432704320 (hereafter "the Policy").

9. The Policy, including the coverages to protect Plaintiff against the above loss, was in full force and effect as to Plaintiff when Plaintiff's property was damaged. Plaintiff is unsure whether Plaintiff has a complete copy of the Policy; however, a complete copy of the Policy has been requested from Defendant and will be produced during discovery.

10. Plaintiff complied with all conditions precedent to entitle Plaintiff to recover under the Policy, or Defendant waived compliance with such conditions.

11. On January 14, 2020, Plaintiff submitted to Defendant an estimate from a contractor ready to perform repairs to Plaintiff's home related to the covered losses. Defendant failed or refused to pay the appropriate amount for the repairs.

12. Defendant has failed to provide coverage for certain of Plaintiff's losses.

13. As a result, Defendant has failed to pay for all of Plaintiff's losses.

14. Defendant's failure to pay for all of Plaintiff's losses is a material breach of contract.

15. As a result of Defendant's material breach of contract, it has become necessary for Plaintiff to retain the services of the undersigned attorney.

**WHEREFORE**, Plaintiff demands judgment against Defendant for all losses with interest on any overdue payments, plus attorney's fees and costs, pursuant to sections 627.428, 57.041, and 92.231, Florida Statutes, and demands a trial by jury.

Dated this 1st day of April, 2020.

THE NATION LAW FIRM, LLP

*/s/ Corey B. Justus*
_____
Corey B. Justus, Esquire
Florida Bar No. 113864
570 Crown Oak Centre Drive
Longwood, FL 32750
Telephone: (407) 339-1104
Facsimile: (407) 339-1118
Primary Email: lobrien@nationlaw.com
Secondary Email: cjustus@nationlaw.com
Attorneys for Plaintiff