# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

DEBORAH N. MOSS, individually
and as Personal Representative of
the Estate of James B. Moss, Sr.,

        Plaintiff,

v.                             Case No. 3:20-cv-491-MMH-MCR

METROPOLITAN CASUALTY
INSURANCE COMPANY,

        Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation for Order of Dismissal With Prejudice (Dkt. No. 23; Stipulation) filed on June 30, 2021. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1.    This case is **DISMISSED with prejudice**.

2.    Each party shall bear their own attorneys' fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 1st day of July, 2021.

*[Signature]*

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record